| | |
|---|---|
| ROSIE HOPKINS )<br>         Plaintiff, )<br>v. )<br>)<br>THE STATE OF NORTH CAROLINA, )<br>DEPARTMENT OF HEALTH AND )<br>HUMAN SERVICE HEALTH CARE )<br>REGISTRY, VILLAGES OF APEX CLUB, )<br>APEX POLICE DEPARTMENT, )<br>KAREN BEATY, ZACHARY BEATY, )<br>PATHWAYS FOR PEOPLE, INC., )<br>ACCIDENT FUND OF AMERICA, NC )<br>INDUSTRIAL COMISSION WORKER )<br>COMP, ANTHONY SACCO, DEBORHA )<br>DEBBIE GABRILLE, GLORIA ALEREZ- )<br>ROTHROCK, JAMIE HADDOCK-WEST, )<br>MICHELE SULLIVAN, CAROLYN T. )<br>MARCUS, TAMARA NANCE, STELLA )<br>HAYS, PAMELA GILYARD, WILLIAM )<br>MADDREY, RITA HORTON, THE STATE)<br>OF NORTH CAROLINA WAKE COUNTY)<br>JUSTICE CENTER, KEITH GREGORY, )<br>MICHAEL J. DENNING, ERIN BECKER, )<br>AUSTIN BRAXTON, MARY ASHTON )<br>SLAGLE, and SEAN MYERS )<br>         Defendants. ) | **JUDGMENT**<br>5:24-CV-197-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge, to which objection was not filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on January 13, 2025, and for the reasons set forth more specifically therein, that this action is DISMISSED for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on January 13, 2025, and Copies To:**
Rosie Hopkins (via US mail) 1719 S. Cherry St, Pine Bluff, AR 71601

January 13, 2025 PETER A. MOORE, JR., CLERK

                                                  /s/ Sandra K. Collins
                                (By)    Sandra K. Collins, Deputy Clerk